# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## JAK 08-1432 consolidated with JAK 08-1428, JAK 08-1429, KA 08-1430, KA 08-1431, KA 08-1433, KA 08-1434

**STATE OF LOUISIANA**

**VERSUS**

**CARWIN S. JONES**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NO. J-3855, J-3856,
J-3868, 82014, 82015, 82016, AND 82017
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**SHANNON J. GREMILLION**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, J. David Painter, and Shannon J. Gremillion, Judges.

**APPEALS DISMISSED.**

**Hon. J. Reed Walters**
**District Attorney - 28th JDC**
**P. O. Box 1940**
**Jena, LA 71342**
**(318) 992-8282**
**Counsel for Plaintiff/Appellant:**
**State of Louisiana**

**David Jeffrey Utter**
**Southern Poverty Law Center**
**400 Washington Ave.**
**Montgomery, AL 36104**
**(334) 956-8200**
**Counsel for Defendant/Appellee:**
**J.R.B.**

**Henry Clay Walker**
**Louisiana Public Defender Bd.**
**500 Laurel Street, Suite 530**
**Baton Rouge, LA 70801**
**(225) 229-9305**
**Counsel for Defendant/Appellee:**
**J.R.B.**

**Stanley Joseph Adelman**
**DLA Piper US LLP**
**203 North LaSalle, Suite 1900**
**Chicago,, IL 60601**
**(312) 368-4000**
**Counsel for Defendant/Appellee:**
**J.R.B.**

**Johnathan David King**
**DLA Piper US LLP**
**203 North LaSalle Suite 1900**
**Chicago,, IL 60601**
**(312) 638-7095**
**Counsel for Defendant/Appellee:**
**J.R.B.**

**GREMILLION, Judge.**

For the reasons assigned in the companion case of *State in the Interest of J.R.B.*, 08-1428 (La.App. 3 Cir. ___/___/_____), ____ So.2d ____, these appeals are dismissed.

**APPEALS DISMISSED.**